## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 7 EM 2016

Respondent

v.

WARREN S. EVANS,

Petitioner

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2016, the Application to Exceed Word Count Limitation is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.